**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **BLUEPRINT IP SOLUTIONS LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**HITACHI VANTARA CORPORATION,**<br><br>Defendant. | Civil Action No. 1:19-cv-00579-LPS<br><br>TRIAL BY JURY DEMANDED |

**PLAINTIFF'S FURTHER UNOPPOSED MOTION TO STAY
ALL DEADLINES AND NOTICE OF SETTLEMENT**

Plaintiff Blueprint IP Solutions LLC by and through undersigned counsel and subject to the approval of this Court, hereby files this Unopposed Motion to Stay All Deadlines and Notice of Settlement, and in support thereof, respectfully shows the Court as follows:

All matters in controversy between Plaintiff and Defendant Hitachi Vantara Corporation have been memorialized in a writing. Further, the parties need additional time to perform the terms of the written settlement agreement. Accordingly, Plaintiff respectfully requests that the Court grant an additional stay of the proceedings between the parties, including all deadlines, up and until August 30, 2019. Defendant is unopposed to the relief requested herein.

Good cause exists for granting this Unopposed Motion, as set forth above. The motion is not filed for purposes of delay but so that justice may be served.

| | |
|---|---|
| Dated: August 9, 2019 | DEVLIN LAW FIRM LLC |
| | |
| OF COUNSEL: | /s/ Timothy Devlin |
| | Timothy Devlin (No. 4241) |
| Howard L. Wernow (*pro hac vice*) | 1526 Gilpin Avenue |
| SAND, SEBOLT & WERNOW CO., LPA | Wilmington, DE 19806 |
| Aegis Tower - Suite 1100 | Phone: (302) 449-9010 |
| 4940 Munson Street, N. W. | Fax: (302) 353-4251 |
| Canton, Ohio 44718 | tdevlin@devlinlawfirm.com |
| Phone: 330-244-1174 | |
| Fax: 330-244-1173 | *Attorneys for Plaintiff* |
| howard.wernow@sswip.com | |

SO ORDERED this ____ day of August, 2019.

_____
Chief, United States District Court Judge

**CERTIFICATE OF CONFERENCE**

The undersigned certifies that on August 9, 2019, counsel for Plaintiff conferred with counsel for Defendant about the issues presented here.  Counsel for Defendant indicated that it was not opposed to the relief sought herein.

*/s/ Timothy Devlin*
Timothy Devlin